# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHR HOLDINGS, INC., a Nevada corporation d/b/a 1ST CHOICE STAFFING, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>KAREN CARROLL, et al.<br><br>　　　Defendants<br>KAREN CARROLL , et al<br><br>　　　Counterclaimants<br><br>vs.<br><br>CHR HOLDINGS, a Nevada corporation<br><br>　　　Counterdefendant | CASE NO. 5:15-cv-01875-BRO-DTBx<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER VACATING PRELIMINARY INJUNCTION, EXONERATING PRELIMINARY INJUNCTION BOND, AND DISMISSING ENTIRE ACTION WITH PREJUDICE** |

## ORDER

The Court, having reviewed the Stipulation To Entry Of Order Vacating Preliminary Injunction , Exonerating Bond, And Dismissing Entire Action With Prejudice, entered into by and between Plaintiff and Counter-Defendant, CHR HOLDINGS, INC., dba 1st CHOICE STAFFING and Defendants and Counter-

1  Claimants, KAREN CARROLL and PRO-ACTIVE STAFFING, INC., and good
2  cause being shown,
3    **IT IS HEREBY ORDERED** that :
4    1) the "Order Re Preliminary Injunction" issued by this Court on March 15,
5  2016 [Dkt. 54] is hereby VACATED;
6    2) bond number 2210320 issued by North American Specialty Insurance
7  Company and posted by Plaintiff on March 25, 2016 [Dkt. 56], in compliance with
8  the March 15, 2016 Order Re Preliminary Injunction, is ordered by this Court
9  exonerated and released from any and all obligation or liability arising from,
10 pertaining to, or related to the within action; and
11   3) the within-entitled action, including all claims and counter claims
12 asserted as between all parties, is hereby DISMISSED in its entirety with
13 prejudice, all parties to bear their own attorney's fees and costs.
14   IT IS SO ORDERED.
15
16 DATED: November 4, 2016
17
18         By: _____
19           Honorable Beverly R. O'Connell
             United States District Court Judge
20
21 Approved as to form and content:
22 Dated:  November 4, 2016   IVES & ASSOCIATES
23
24          __/s/_____
25          Robert N. Ives, Esq.
26 Dated:  November 4, 2016   __/s/_____
27          Cheryl Canty, Esq., Attorneys for
            Plaintiff /Counter-defendant, CHR
28          HOLDINGS, INC., dba 1st Choice Staffing

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: November 4, 2016 | COOPER & LEWIS |
| 4 | | __/s/_____ |
| 5 | | Kenneth Cooper, Esq. |
| 6 | | |
| 7 | | |
| 8 | Dated: November 4, 2016 | Law Offices of Edward M. Bialack |
| 9 | | __/s/_____ |
| 10 | | Edward M. Bialack, Esq., Attorneys for Defendants Karen Carroll, Vicki McCurry and Pro-Active Staffing, Inc. |